**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                                         Douglas E. Cressler
Clerk of Court                                           April 03, 2013                                       Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

    **RE:**    **12-1021, Danielson-Holland, et al v. Standley and Associates**
             Dist/Ag docket: 1:09-CV-01474-RPM-MJW

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                                        Sincerely,

                                                        Elisabeth A. Shumaker
                                                        Clerk of the Court

cc:       Craig J. Ehrlich
           Tammy Lee Hussin
           David Curt Japha
           Aaron D. Radbil
           John F. Sullivan III
           Tracey N. Tiedman
           Alexander D. Weisberg

EAS/kf